UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMER KARAWI, | Case No. CV08-0947-RSL-JPD |
| | CR04-0398-RSL |
| Petitioner, | |
| v. | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The Court, having reviewed petitioner's motion, together with all materials in support of and in opposition to that document, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the objections thereto, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion is DENIED and the case is DISMISSED with prejudice.

///

///

///

ORDER OF DISMISSAL
PAGE - 1

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 21st day of January, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE - 2